

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00019-CV

_____

IN THE INTEREST OF J.R.B., A CHILD

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 71,972

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

William Craig Burney appeals from a final contempt order stemming from his apparent failure to pay child support. The order appealed from was signed February 20, 2014, and Burney timely filed both a motion for new trial and a notice of appeal on March 10, 2014. *See* TEX. R. CIV. P. 329b(a); TEX. R. APP. P. 26.1. The clerk's record filed in this matter reflects that the trial court granted Burney's motion for new trial on May 6, 2014.

By letter, we notified Burney that it appeared we lacked jurisdiction over the appeal because of the trial court's grant of a new trial. We afforded Burney fifteen days to demonstrate proper grounds for our retention of the appeal. Having received no response, we sua sponte consider our jurisdiction over the appeal.

This Court has jurisdiction to decide appeals from final judgments and from interlocutory orders as permitted by the Texas Legislature. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex. App.—El Paso 1997, no writ). A trial court's grant of a new trial deprives an appellate court of jurisdiction over the appeal. *Boris v. Boris*, 642 S.W.2d 855, 856 (Tex. App.—Fort Worth 1982, no writ).

The trial court's timely grant of Burney's motion for a new trial deprived this Court of jurisdiction over this appeal. Therefore, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f).

                                            Jack Carter
                                            Justice

Date Submitted:      July 17, 2014
Date Decided:       July 18, 2014